# United States District Court
# Central District of California

Gary Bernor, et al.,

            Plaintiffs,

v.

Takeda Pharmaceuticals America, Inc., et al.,

           Defendants.

LACV 12-04856-VAP (JPRx)

**JUDGMENT**

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

    Pursuant to the Court's Order, filed on January 25, 2018, IT IS ORDERED AND ADJUDGED that Plaintiffs' claims against Defendants are DISMISSED WITHOUT LEAVE TO AMEND and WITH PREJUDICE.  The Court orders that such judgment be entered.

    **IT IS SO ORDERED.**

Dated:   1/25/18

                                        Virginia A. Phillips
                                    Chief United States District Judge